# EXHIBIT 1

```
 1                 UNEDITED TRANSCRIPTION DISCLAIMER
                           IN THE MATTER OF
 2
                          MOBILITY WORKX, LLC
 3
                                   vs.
 4
                CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
 5

     The following transcript(s) of proceedings, or any portion
 6   thereof, in the above-entitled matter, taken on any date,
     is being delivered UNEDITED and UNCERTIFIED by the
 7   certified court reporter.

 8   The purchaser agrees not to disclose this unedited
     transcription in any form (written or electronic) to
 9   anyone who has no connection to this case.  This is an
     unofficial transcription which should NOT be relied upon
10   for purposes of verbatim citation of testimony.

11   This transcription has not been checked, proofread, or
     corrected.  It is a draft transcript, NOT a certified
12   transcript.  As such, it may contain computer-generated
     mistranslations of stenotype code or electronic
13   transmission errors, resulting in inaccurate or
     nonsensical word combinations, or untranslated stenotype
14   symbols, which cannot be deciphered by non-stenotypists.
     Corrections will be made in the preparation of the
15   certified transcription, resulting in difference in
     content, page and line numbers, punctuation, and
16   formatting.

17   This unedited transcript contains no appearance page,
     certificate page, index, or certification.
18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2                 THE VIDEOGRAPHER:  We're now on the record.
 3    My name is Dan McDonald.  I am the videographer retained
 4    by Lexitas.  Today's date is September the 6th, 2019.  The
 5    video time is 9:12 a.m.
 6                 This deposition is being held in Dallas,
 7    Texas, in the matter of Mobility Workx, LLC vs. Cellco
 8    Partnership d/b/a as Verizon Wireless.  The deponent is
 9    Dr. Sukumaran Nair.
10                 If counsel will introduce themselves and
11    who they represent, then our court reporter, Kat Baker,
12    will swear the witness in.
13                 MR. BARTON:  This is Ross Barton from
14    Alston & Bird on behalf of Verizon Wireless.
15                 MR. MACHAT:  This is Michael Machat on
16    behalf of plaintiff, Mobility Workx.
17
18                          SUKUMARAN NAIR,
19    having been first duly sworn, testified as follows:
20                           EXAMINATION
21        Q.   (BY MR. BARTON)   Good morning, Dr. Nair.
22        A.   Good morning.
23        Q.   Have you ever had your deposition taken before?
24        A.   Yes.
25        Q.   When was that?
```

```
 1   witness report from the other side, Mr. Proctor, I
 2   believe.  Yes, I have seen those documents.
 3       Q.   Well, you actually -- you rendered your opinions
 4   on infringement before --
 5       A.   Before, yeah.
 6       Q.   Okay.  Make sure you give me a chance to finish
 7   my question, okay?
 8       A.   Sure.
 9       Q.   I guess what I am trying to get at, Dr. Nair, is
10   that your report seems to rely exclusively, as far as I
11   can tell, on publicly available documents; is that fair?
12       A.   The initial report, yes, unless there are any --
13   any references made to any other documents.  I cannot
14   remember because it has been a long time now.  You know,
15   it started somewhere in spring, if I remember.
16       Q.   Okay.  Were there any documents that you wanted
17   in order to render your opinions that you did not have
18   access to?
19       A.   I think I got everything that I needed.
20   Whenever I needed some information, I asked Michael, and
21   then whenever possible, he has offered those documents.
22       Q.   Okay.  So just to be clear, in rendering your
23   opinions in Exhibit 1 on infringement, there was nothing
24   that you -- you asked for that you felt you needed that
25   you did not get; is that fair?
```

```
 1            A.   I could -- I could render my opinion with the
 2     information I had at that time.  And then in -- in any
 3     decision-making, if you get more information, I can -- I
 4     can point to more evidences.  That is all.
 5            Q.   Okay.  But -- but at no point did you say, you
 6     know, I can't take this position or I can't take that
 7     position because I don't have the information I need?
 8            A.   I don't remember having that -- that kind of a
 9     predicament.
10            Q.   Okay.  Now, turn to -- well, actually turn to
11     page 4 of Exhibit 3.
12            A.   Exhibit 3, page 4.  Yeah.
13            Q.   And you see paragraph 16?  It's under the
14     heading, Materials Considered?
15            A.   Yes.
16            Q.   All right.  And then it says, My opinions are
17     based on my experience in this field and are necessarily
18     formed by my own experiences, materials I've read over the
19     years and discussions I have had with my colleagues -- or
20     with colleagues during my career.  In addition, I have
21     reviewed and considered the materials identified in
22     Exhibit B in forming my opinions discussed herein.  And I
23     have had discussions with Drs. Helal and Hernandez
24     regarding the patents in suit, the genesis of the
25     inventions claimed therein, the asserted claims of the
```

```
 1   understanding of this space will say, yeah, that means
 2   Verizon is allowing its customer, by way of using the
 3   network, infringing onto the claim.
 4       Q.   So your theory that the customers and end users
 5   are infringing is based on their access to and use of the
 6   Verizon network?
 7       A.   No, I don't think I'm saying customers are
 8   infringing it.  Customers do not even know what goes on
 9   behind -- after the phone -- they don't even know what
10   happens in their phone.
11       Q.   Let me read your words --
12       A.   They are just using the services.
13       Q.   Let me read your words to you again, okay?
14            It is my opinion that Verizon actively
15   induces its customers and end users who use the Verizon
16   LTE network to infringe at least the asserted claims of
17   the '417 Patent.
18            So is it your opinion that Verizon induces
19   its customers to infringe; yes or no?
20       A.   This is, as I said in this report, that is my
21   opinion I derived based upon my consult with Mr. Machat.
22       Q.   Do you have any understanding as you sit here
23   today, sir, as to what it means to induce infringement?
24       A.   I would say, as I said, I will not opine on
25   that.
```

```
 1         Q.    So you don't know what that means?
 2         A.    I don't know what that means.
 3         Q.    Okay.  So why did you say it in your report?
 4         A.    Because when I said this is what I see, this is
 5   my technical opinion, then he said what it means is this
 6   is the legal wording for that.  And then I trust my
 7   counsel, and then I put that, okay, if that is the legal
 8   understanding of it, I can put it there.  I believe in
 9   that.  But, you know, when you ask a question, I don't
10   want to legally be liable to make that opinion without,
11   you know, having a legal background.  I want to stay in my
12   lane.
13         Q.    Okay.  Do you believe that Verizon directly
14   infringes the claims of the '417 Patent?
15         A.    Again, as I said, when I say Verizon, Verizon
16   gets services and it components from so many different
17   vendors.  And as a whole system, the system infringes.
18         Q.    Okay.
19         A.    So as far as I can tell you, Verizon is the
20   front end of that network.  Verizon is the one who is
21   providing this network services.  And then I am saying
22   Verizon is infringing.  So whether it is direct, indirect,
23   it is for you-all to decide, because I don't even know who
24   are the vendors.
25               And, for example, I don't know what kind of
```

```
 1          A.   I -- even when I did not write I was telling
 2    those details to Michael and produced me the text,
 3    because, you know, the time constraints.
 4          Q.   Okay.  So I want you to explain to me what it
 5    means to symbolize and interpret the true nature of drive
 6    testing.  What does -- what do -- how -- how does that
 7    photograph interpret the true nature of drive testing?
 8          A.   When somebody sees this photograph immediately
 9    they start remembering that ad that comes on the TV,
10    right.
11          Q.   Did -- did the ad mention drive testing?
12          A.   No.
13          Q.   Do you know when the ad started?
14          A.   I don't remember.
15          Q.   Do you know if the ads continued after Verizon
16    used the --
17          A.   I --
18          Q.   -- the -- hold on.  Hold on.
19               Do you know if the ads continued after
20    Verizon began using the accused system simulator?
21          A.   I don't know.
22          Q.   Do you know if the ads began before Verizon
23    started using the accused system simulator?
24          A.   No idea.
25          Q.   Do you have any facts to tie that ad to
```