# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A/<br>VERIZON WIRELESS, INC.,<br><br>Defendant. | JURY TRIAL DEMANDED |

UPDATED EXPERT REPORT

By Dr. Sukumaran Nair

**TABLE OF CONTENTS**

TABLE OF CONTENTS ................................................................................................................. i
TABLE OF FIGURES ................................................................................................................. iii
TABLES ....................................................................................................................................... iv
I.     INTRODUCTION ........................................................................................................... 1
II.    QUALIFICATIONS AND EXPERIENCE .................................................................... 2
III.   PREVIOUS TESTIFYING EXPERIENCE .................................................................... 3
IV.    COMPENSATION .......................................................................................................... 3
V.     MATERIALS CONSIDERED ........................................................................................ 4
VI.    USE OF DEMONSTRATIVES ...................................................................................... 4
VII.   SUMMARY OF SUBJECT MATTER OF TESTIMONY AND PRINCIPAL OPINIONS 4
VIII.  THE BACKGROUND OF THE INVENTORS AND THEIR INVENTIVE CONTRIBUTIONS TO THE MOBILE COMMUNICATION INDUSTRY ............................... 5
       A.    The '330 Patent ..................................................................................................... 7
       B.    The '417 Patent ................................................................................................... 10
IX.    ONE OF ORDINARY SKILL IN THE ART ............................................................... 13
X.     AGREED AND COURT CONSTRUED CLAIM TERMS .......................................... 14
XI.    THE BACKGROUND AND IMPORTANCE OF THE '330 PATENT: NO VIABLE ALTERNATIVE ............................................................................................................ 16
XII.   INSIGHTS FROM THE FILE HISTORY OF THE '330 PATENT ............................. 20
XIII.  THE INFRINGEMENT ANALYSIS GENERALLY ................................................... 22
XIV.   THE ACCUSED SYSTEM AND METHOD ............................................................... 23
XV.    COMPARISON OF THE ACCUSED SYSTEM AND METHOD TO THE CLAIMS OF THE '330 PATENT ................................................................................................ 26
       A.    Discussion on Claim 1 of the '330 Patent .......................................................... 26
             1.   Element 1 Discussion .............................................................................. 26
             2.   Element 2 Discussion .............................................................................. 51
             3.   Element 3 Discussion .............................................................................. 52
             4.   Element 4 Discussion .............................................................................. 64
       B.    Discussion of Claims 3 and 4 of the '330 Patent ............................................... 67
XVI.   THE BACKGROUND AND IMPORTANCE OF THE '417 PATENT: NO VIABLE ALTERNATIVE ............................................................................................................ 70
       A.    Insights to the '417 Patent .................................................................................. 70

XVII. THE COMPARISON OF THE ACCUSED LTE SYSTEM AND X2 and S1 AP HANDOVER PROCESSES TO THE CLAIMS OF THE '417 PATENT ................................... 90
    A. Discussion of Claim 1 of the '417 Patent ........................................................................ 90
        1. Element 1 Discussion ............................................................................................ 91
        2. Element 2 Discussion ............................................................................................ 91
        3. Element 3 Discussion ............................................................................................ 92
        4. Element 4 Discussion ............................................................................................ 95
        5. Element 5 Discussion ............................................................................................ 98
    B. Discussion of Claim 4 of the '417 Patent ........................................................................ 99
    C. Discussion of Claim 7 of the '417 Patent ...................................................................... 100
        1. Discussion Element 1 .......................................................................................... 101
        2. Discussion Element 2 .......................................................................................... 101
        3. Discussion Element 3 .......................................................................................... 102
        4. Discussion Element 4 .......................................................................................... 103
XVIII. Conclusions ........................................................................................................................ 104

- Real-World devices, protocols, and tools can be used in the invention

64. In my opinion, there were no viable alternatives to the patented invention in the '330 Patent at the time that Verizon could have implemented during the 2010-2019 timeframe.

65. The unavailability of alternatives, which provided the same or similar emulation functionality and benefits, as does the '330 Patent at the time of Verizon's first infringement, has become even more pronounced with the increased sophistication of mobile phones.

66. The increased complexity of mobile devices and applications (e.g. 4G, MIMO, 5G, Mobile Applications, VoLTE) require advanced testing tool like the '330 Patented invention.

67. The patent covers the emulation of the entire mobile communications network (packet-based), including real time emulation of mobility within such network, and the only alternative for testing and development of mobile phones would be to use a non-emulated manual approach.

68. Before the '330 Patented invention came to be, a company like Verizon would have no choice but to test and design its mobile phones through a time-consuming, difficult to reproduce, inaccurate, and expensive manual method, often called a "Drive Test."

69. In the case of Verizon Network, Verizon ran the "Can you hear me now?" commercial for over a decade, that symbolizes and interprets the true nature of "Drive Testing."

112. However, using a conductive test is equivalent to a wireless test as both achieve the same end goal of controlling attenuation, and Signal to Noise Ratio. [17]

> **NOTE 2:** All transmitter signal quality and transmitter emissions requirements defined by 3GPP in 3GPP TS 36.101: *Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) radio transmission and reception*) that are **relative measurements** (e.g. carrier leakage, in-band emissions, adjacent channel leakage ratio, etc.) shall be met both conducted (at the UE antenna ports) **and radiated**.

113. Further, Verizon does radiated tests. Radiated means without wires or cables, and conductive is taking the wireless signal as close as possible to the phone's antenna or antenna(s). In radiated tests, the last portion of connectivity is wireless in nature thus satisfying the court definition of wireless network node.[18]

### 16 3.2 REFERENCE SENSITIVITY SINGLE RECEIVER (QPSK)
VZ_TC_SUPRFCONF_1635

**Definition**
This test verifies that the UE meets Verizon Wireless requirements for UE receiver reference sensitivity with single receiver operation. This test is required to support radiated performance testing as per the Verizon Wireless LTE Over-the-Air Radiated Performance Test Plan.

**Traceability**
- Verizon Wireless LTE 3GPP Band 13 Network Access Device Requirements, Section *Verizon Wireless-Specific LTE 3GPP Band 13 RF Performance Requirements*
- 3GPP TS 36.101: *Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) radio transmission and reception*, section 7.3
- 3GPP TS 36.521-1: *Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) conformance specification; Radio transmission and reception; Part 1: conformance testing*, section 7.3

**Applicability**
This test case applies to all UEs designed to operate on the Verizon Wireless LTE 3GPP Band 13 network.

114. I interpret the Court's definition of "wireless" to mean that the communication path that is "wireless" must be without wires and through air, and not to mean that there can be absolutely no wires or circuits anywhere in the accused system.

115. Therefore, Verizon clarifies to their vendors the following statement[19]:

---

[17] MWVZ00002050.
[18] MWVZ00000139.
[19] MWVZ00000315.

45

217. This is clear from the Mobile IPv4 and Mobile IPv6 perspective a visited network is a network other than the home network.

218. A visited network or a foreign network, in Mobile IPv4 adheres to the definition "A foreign network is the network in which a mobile node is operating when away from its home network." (RFC 2002, IP Mobility Support, Pg. 6.)

219. In general, when a mobile phone moves away from its home network and away from the home agent's local network, it will be in a foreign network or visited network.

220. Roaming also involves visiting a foreign network. When you roam you travel to a visited network but the same is true when you move to a new eNodeB because the IP address from the eNodeB and S-GW are different from the PDN Gateway that is the UE's home agent. Further, in LTE, a GPRS Tunnel Protocol ("GTP") tunnel is required to communicate between the PDN Gateway and S-GW, and from the S-GW to the eNodeB, as well as in the opposite direction.

221. In general, a UE connected to any eNodeB will require a GTP Tunnel to send and receive IP Packets from the PDN Gateway.



*Figure 26. Tunnels between P-GW, S-GW, and eNodeB (eNB)*

222. As shown in Figure 26, a tunnel is created between a P-GW and the S-GW

   a. The S1-U interface is a tunnel between the eNB and S-GW. The tunnel is created with IP packets within UDP and GTP-U protocol from one IP Address to another IP Address.

   b. The SS interface that connects the PDN-GW with the S-GW uses the SS interface, and a similar tunnel between them is created.

   c. Once the IP and payload (IP datagram) or IP packet arrives to the P-GW it is decapsulated and sent over the internet now with the home address that is recognized by that P-GW.

   d. For the Internet, the UE is right behind the P-GW. Hence a public IP address could be assigned to a UE. Alternatively, a Private IP based on NAT (Network

94

==Address Translation) could be assigned to a UE if a private IP Address was assigned to the PDN-GW network (or P-GW element).==

223. Therefore, a Foreign Agent is satisfied by a Target eNodeB.

### 4. Element 4 Discussion

| Element 4 | BASIC OPINION |
|---|---|
| a ghost-foreign agent that advertises messages to one of the mobile nodes indicating presence of the ghost-foreign agent on behalf of one of the foreign agents when the mobile node is located in a geographical area Where the foreign agent is not physically present; and | A Ghost Foreign Agent is an eNodeB advertising neighbor nodes. |

224. This element is satisfied by the X2 and S1-AP handover, as the eNODEB uses the RRCReconfigirationMessage to broadcast the Target ENodeB's or Target ENodeB as shown in Figure 22 and Figure 27, and the list of CellsToAddModList contains the list of neighbor nodes to monitor by the mobile node.

225. As shown in the following Figure 27, an **RRCConnectionReconfiguration** message is depicted with the list of Cellular networks to measure. This message also functions as a Ghost Foreign Agent Advertising neighbor nodes.