# EXHIBIT 5

█████████████████████████████████

# Mobility Workx, LLC
# v.
# Cellco Partnership, D/B/A Verizon Wireless
# Civil Action No.: 4:17-CV-00872-ALM

# P.R. 3-1
# Disclosure of Asserted Claims
# and Infringement Contentions

**June 29, 2018**

**U.S. Pat. No.:** 7,231,330
**Asserted Claim(s):** 1, 3, and 4
**Accused Product(s):** LTE Network

# Defendant's Accused Products

MWx accuses Defendant's Testing Service and Systems of infringing the '330 Patent:

Upon information and belief, Verizon's Device Testing Service uses a system for emulating mobile network communications by modeling and testing various mobile network configurations, scenarios, and/or test plans. Upon information and belief, Verizon provides Test Entrance Criteria Checklists for the devices it tests, and Verizon conducts device testing at it's Device Testing Lab, related to LTE Data transmission and reception.

Upon information and belief, Verizon's Device Testing Service includes at least the following products:
- Spirent SR3452 V2 CDMA Network Emulator
- SR3462 1xEV-DO Network Emulator
- Spirent AirAccess C2K Application Software
- SR5048 Test Configuration Unit for RF switching
- Spirent E2010S LTE Network Emulator
- Spirent 8100 Mobile Device System

The Verizon Testing Service and systems, as a whole, including the aforementioned products and services associated therewith, is referred to as the Accused Product. However, discovery is ongoing and MWx reserves the right to amend and/or supplement the Accused Product list as necessary.

## Verizon's Device Testing and Certification Lab








*Source:* http://money.cnn.com/video/technology/2016/02/22/verizon-device-testing.cnnmoney/