# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MOBILITY WORKX, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17cv872 |
| | § | Judge Mazzant |
| CELLCO PARTNERSHIP D/B/A | § | |
| VERIZON WIRELESS | § | |

## ORDER

The Court hereby sets the trial of this case before the undersigned, as follows:

**Jury Selection/Trial**     **10:00 a.m.** on **Monday, December 7, 2020**, at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas  75090

**IT IS SO ORDERED.**

**SIGNED this 19th day of May, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE