IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>       Defendant. | Civil Action No.: 4:17-CV-00872-ALM<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

  Before the Court are Defendant Cellco Partnership d/b/a Verizon Wireless's ("Verizon") supplemental motions *in limine*. Having considered the parties' briefing, the Court finds that Verizon's supplemental motions *in limine* should be and hereby are GRANTED. The following are excluded:

  Exclude evidence and arguments on witness tampering in prior cases.

  Exclude any suggestion that Verizon's counsel was under an obligation to inform Mobility Workx of previous litigation history.