IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendant. | Civil Action No.: 4:17-CV-00872-ALM <br><br> JURY TRIAL DEMANDED |

# [PROPOSED] ORDER

Before the Court is Cellco Partnership d/b/a Verizon Wireless's Motion for Continuance and Additional Dates for Trial. The Court finds that the Motion should be and hereby is GRANTED. It is therefore ORDERED that the trial scheduled for March 8, 2021 is continued and will be re-scheduled by separate order.