# EXHIBIT 2

| | |
|---|---|
| **From:** | MICHAEL MACHAT <michael@machatlaw.com> |
| **Sent:** | Thursday, December 17, 2020 11:11 PM |
| **To:** | Barton, Ross |
| **Cc:** | Dave Randall; Deron Dacus; Verizon-Mobility Workx |
| **Subject:** | Re: Mobility Workx v. Verizon -- Trial Dates |

**EXTERNAL SENDER – Proceed with caution**

Hi Ross,

==We've spoken with Mobility's principals, and given their schedules we are fine with asking the court for a series of dates, starting in April.== Thank you.

Best regards,

Michael

Machat & Associates, PC
Sunset Towers
8730 Sunset Blvd, Ste 250
West Hollywood, CA 90069
Tel: (310)860-1833

> On Dec 16, 2020, at 9:57 AM, Barton, Ross <Ross.Barton@alston.com> wrote:
>
> Hi Dave,
> In view of the conflict we have on the 8th, our plan is to ask the Court for some alternative date ranges that will work for the Court so that both sides could evaluate and the let the Court know which one(s) works best for the parties, witnesses, and counsel.
> BR,
> Ross
>
> **Ross Ritter Barton | Alston & Bird LLP**
> Office: 704-444-1287 | Cell: 704-909-9179
>
> **From:** Dave Randall <dave@hdmnlaw.com>
> **Sent:** Wednesday, December 16, 2020 12:05 PM
> **To:** Barton, Ross <Ross.Barton@alston.com>; Machatlaw <michael@machatlaw.com>
> **Cc:** Deron Dacus <ddacus@dacusfirm.com>; Verizon-Mobility Workx <Verizon-MW@alston.com>
> **Subject:** RE: Mobility Workx v. Verizon -- Trial Dates
>
> **EXTERNAL SENDER – Proceed with caution**
>
> Hi Ross,

Is Verizon intending to propose any alternative dates or date ranges?  Or is Verizon simply asking the court to move the date?

Thanks,

Dave

David A. Randall
<image001.jpg>
10900 Wilshire Blvd. ▪ Suite 300 ▪ Los Angeles ▪ CA ▪ 90024 ▪ USA
Tel: 310-887-1333 ▪ Fax: 310-887-1334 ▪ Cell: 213-300-0799
E-mail: dave@hdmnlaw.com

---

**From:** Barton, Ross <Ross.Barton@alston.com>
**Sent:** Wednesday, December 16, 2020 7:40 AM
**To:** Machatlaw <michael@machatlaw.com>; Dave Randall <dave@hdmnlaw.com>
**Cc:** Deron Dacus <ddacus@dacusfirm.com>; Verizon-Mobility Workx <Verizon-MW@alston.com>
**Subject:** Mobility Workx v. Verizon -- Trial Dates

Counsel,
We have trials that conflict with the March 8, 2021 trial date in the Mobility Workx case set by Judge Mazzant.  We intend to ask him to provide some additional proposed dates, as Judge Mazzant indicated he would do on the November 17, 2020 telephonic hearing.  Please let us know if you are willing to jointly approach the Court to make this request, or if you oppose or take no position regarding Verizon's request.  Thank you.
Best regards,
Ross

**Ross Ritter Barton**
**Alston & Bird LLP**
**Office:  704.444.1287**
**Cell:  704.909.9179**

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.