# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **MOBILITY WORKX, LLC,** | |
| **Plaintiff,** | |
| v. | Civil Action No.: 4:17-CV-00872-ALM |
| **CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,** | JURY TRIAL DEMANDED |
| **Defendant.** | |

## ORDER

Before the Court is Cellco Partnership d/b/a Verizon Wireless's Motion for Continuance and Additional Dates for Trial (Dkt. #223). The Court finds that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that the trial scheduled for March 8, 2021, is continued and will be re-scheduled by separate order. The Court also continues the January 22, 2021 Final Pretrial Conference, to be reset when a new trial date is determined.

**IT IS SO ORDERED.**

**SIGNED this 15th day of January, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE