# EXHIBIT 1

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ▾

| | |
|---|---|
| Mobility Workx, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:17-cv-00872 |
| Cellco Partnership d/b/a Verizon Wireless | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:                          PAUL VENIZELOS

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Paul Brown United States Courthouse<br>101 E Pecan St, Sherman, TX 75090 | Courtroom No.: Hon. Judge Mazzant |
|---|---|---|
| | | Date and Time: 7/26/2021 at 1:30 pm |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     5/20/2021

CLERK OF COURT

                                                                OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Mobility Workx, LLC
_____, who issues or requests this subpoena, are:

Michael Machat, (SBN109475)
8730 W. Sunset Blvd., Suite 290, West Hollywood, California 90069
Tel: (310) 860-1833 Email: michael@machatlaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).