# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>Defendant. | Civil Action No.: 4:17-CV-00872-ALM<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF PAUL VENIZELOS

I, Paul Venizelos, hereby declare under penalty of perjury that:

1. My name is Paul Venizelos. I am over 18 years of age, of sound mind, and fully capable of making this declaration.

2. I reside at 490 Alpine Terrace, Ridgewood, New Jersey 07450.

3. Mobility Workx, LLC served a trial subpoena on me at my residence in Ridgewood between May 20, 2021 and June 11, 2021.

4. I am employed by Verizon Wireless and work at the Verizon Wireless office at 180 Washington Valley Rd., Bedminster, NJ 07921.

5. In my current position, which I have held for the past four years, I do not regularly transact any business in person in Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2021.

*Paul Venizelos*
Paul Venizelos