# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC, <br><br>       Plaintiff, <br><br>  v. <br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br>       Defendant. | Civil Action No.: 4:17-CV-00872-ALM <br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER QUASHING SUBPOENA SERVED ON PAUL VENIZELOS

Pending before the Court is Verizon and Paul Venizelos's Motion to Quash Trial Subpoena of Paul Venizelos. Having considered the issue, the Court grants the Motion to Quash in full. The subpoena served on Paul Venizelos at Plaintiff's request is hereby quashed. Mr. Venizelos is not required to appear at trial.