**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

**MOBILITY WORKX, LLC,**

**Plaintiff,**

**v.**

**CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS,**

**Defendant.**

**Civil Action No.: 4:17-CV-00872-ALM**

**ORDER ON DEFENDANT'S MOTION IN LIMINE**

Before the Court are Defendant Cellco Partnership d/b/a Verizon Wireless's ("Verizon") Motion *in limine* (Dkt. #139) and Supplemental Motion in Limine (Dkt. #212, sealed).  Having considered the parties' briefing, the Court finds that Verizon's motions *in limine* should be and hereby are:

**Motion in Limine #5:   GRANTED excluding the issue in Dr. Hernandez report.** Exclude any discussion of the size, total value, net worth, or total revenue of Verizon or its suppliers, any mention of the price of what end users pay for cell phone service, or the total amount paid to Verizon by its wireless subscribers.

**Motion in Limine #9:  GRANTED.** Exclude evidence, argument, or suggestion concerning the revenues or profits from products that are not accused products in this case.

**Motion in Limine #15:  GRANTED.** Exclude arguments/evidence regarding indirect infringement.

**Motion in Limine #16:  GRANTED.** Exclude arguments/evidence regarding doctrine of equivalents.

**Motion in Limine #18: Taken under advisement**. Exclude arguments/evidence/testimony regarding unaccused products and systems.

**Supplemental  Motion in Limine #20:   GRANTED**.  Exclude evidence and argument on witness tampering in prior cases.

**Supplemental Motion in Limine #21:  GRANTED**. Exclude any suggestion that Verizon's counsel was under an obligation to inform Mobility Workx of previous litigation history.

**SIGNED this 22nd day of July, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE